# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMED ABOUBIH,<br><br>               Plaintiff,<br><br>v.<br><br>ON DECK CAPITAL, INC., NOAH BRESLOW, DANIEL S. HENSON, CHANDRA DHANDAPANI, BRUCE P. NOLOP, MANOLO SANCHEZ, JANE J. THOMPSON, RONALD F. VERNI, and NEIL E. WOLFSON,<br><br>               Defendants. | Civil Action No. 1:20-cv-07319-VM |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Mohamed Aboubih hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: January 4, 2021

                                                                        Respectfully submitted,

                                                                        By: */s/ Joshua M. Lifshitz*
                                                                         Joshua M. Lifshitz
                                                                         Email: jml@jlclasslaw.com
                                                                         **LIFSHITZ LAW FIRM, P.C.**
                                                                         821 Franklin Avenue, Suite 209
                                                                         Garden City, New York 11530
                                                                         Telephone: (516) 493-9780
                                                                         Facsimile: (516) 280-7376

*Attorneys for Plaintiff*